## Commonwealth *v.* Newman, Appellant.

Submitted December 6, 1973. *Mark S. Levy*, and *Kremer, Krimsky and Luterman*, for appellant; *James T. Ranney* and *David Richman*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.